IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RALFEAL WHITE,<br><br>       Plaintiff,<br><br>       v.<br><br>TELFAIR STATE PRISON; DEPT. OF CORRECTIONS; TIMOTHY MCFARLAND, Warden; MR. WILCOX, Warden; MR. KELLEM, Unit Manager; and WILLIAM SIKES, Unit Manager,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)   CV 325-078<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** this case without prejudice, **DENIES AS MOOT** the motions for appointment of counsel and summary judgment, as well as the motions for a scheduling order and to compel discovery filed after entry of the Report and Recommendation, (doc. nos. 20, 28, 31, 32), and **CLOSES** this civil action.

SO ORDERED this _2nd_ day of April, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE